UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

IN RE: UMAREX USA, INC., SUBPOENA        CASE NO. 2:15-mc-42-PKH

(Pending in U.S. District Court, M.D. Louisiana, Cause No. 3:14-cv-00019-SCR)

### MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), Michael Reese Davis, on behalf of his client Michael Swoboda, hereby respectfully moves this Court for admission *pro hac vice* for the limited purpose of opposing Umarex USA, Inc.'s Motion to Quash Certain Non-Party Discovery or, Alternatively, for Protective Order in the above-captioned matter. Doc. 1. Mr. Davis respectfully requests that the requirements for designation of local counsel be waived for this limited appearance.

Respectfully submitted,

HYMEL DAVIS & PETERSEN, L.L.C

s/ Michael Reese Davis_____
Michael Reese Davis (Louisiana Bar No. 17529)
10602 Coursey Blvd.
Baton Rouge, Louisiana 70816
Phone: (225) 298-8118
Fax:  (225) 298-8119

Counsel for Michael Swoboda

## **CERTIFICATE OF SERVICE**

    I certify that on July 31, 2015, a copy of the foregoing pleading was electronically filed with the Clerk of Court and served on all counsel of record by using the CM/ECF system.

                                      s/Michael Reese Davis
                                      Michael Reese Davis