UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

IN RE: UMAREX USA, INC., SUBPOENA          CASE NO. 2:15-mc-42-PKH

(Pending in U.S. District Court, M.D. Louisiana, Cause No. 3:14-cv-00019-SCR)

**MEMORANDUM IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

Michael Reese Davis hereby asserts that his Motion to Appear *Pro Hac Vice* should be granted for the following reasons:

Mr. Davis is counsel for Michael Swoboda in a suit filed against Continental Enterprises, Inc. ("Continental") and its employees in the United States District Court for the Middle District of Louisiana ("the Louisiana Suit"). During discovery in the Louisiana Suit, the names of individuals associated with Umarex Sportwaffen appeared in a privilege log produced by Continental. Therefore, Mr. Swoboda issued a subpoena to Umarex USA, Inc. Doc. 2-1. The subpoena sought production of documents only, and compliance was required in this district. *Id.*

On July 17, 2015, Umarex USA filed a motion to quash the subpoena in this Court. Doc. 1. Pursuant to Local Rule 83.5(d), Mr. Davis seeks admission to this Court to appear for the limited purpose of opposing Umarex USA's Motion on behalf of Mr. Swoboda. Although Local Rule 83.5(d) requires the designation of a member of the Bar of this Court to act as local counsel for a non-enrolled attorney, it also provides that "the Court, upon written motion, may waive these requirements of this designation and permit the non-enrolled attorney to proceed without designating local counsel, for the limited purposes of the pending litigation."

Mr. Davis is a member in good standing of the Louisiana State Bar, license number 17529. A Certificate of Good Standing issued by the Executive Director of the Louisiana State Bar Association is attached hereto as Exhibit "A."

I, Michael Reese Davis, hereby affirm to the Local Rules of the United States District Court for the Western District of Arkansas and to the jurisdiction of the Court in matters of discipline.

    Respectfully submitted,

    HYMEL DAVIS & PETERSEN, L.L.C

    s/ Michael Reese Davis_____
    Michael Reese Davis (Louisiana Bar No. 17529)
    10602 Coursey Blvd.
    Baton Rouge, Louisiana 70816
    Phone: (225) 298-8118
    Fax:  (225) 298-8119

    Counsel for Michael Swoboda

## CERTIFICATE OF SERVICE

I certify that on July 31, 2015, a copy of the foregoing pleading was electronically filed with the Clerk of Court and served on all counsel of record by using the CM/ECF system.

    s/Michael Reese Davis
    Michael Reese Davis